DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MOZAN RECOVERY SERVICES, INC., CYRUS BISCHOFF, DR. MASSOOD JALLALI** and **FALLON RAHIMA JALLALI,**
Appellants,

v.

**STOREY LAW GROUP, P.A., TAMARA WASSERMAN, SUZANNE DELANEY, CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES 2013-15, COUNTRYWIDE HOME LOANS, INC., LAW OFFICES OF DAVID STERN, PA., ALBERTELLI LAW PARTNERS ARIZONA, P.A., LEX SPECIALIST ASSETS, LLC, and PAMI, LLC,**
Appellees.

No. 4D17-1903

[August 2, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 14-001708 (08).

Alan M. Medof of Alan Medof & Associates, P.A., Boca Raton, and Eugene Steele, Fort Lauderdale, for appellants.

Christopher P. Hahn of Maurice Wutscher LLP, Fort Lauderdale, for appellee Lex Special Assets LLC and PAMI LLC.

Diane H. Tutt of Conroy Simberg, Hollywood, for appellee Storey Law Group, P.A., Tamara Wasserman, Esquire, and Suzanne Delaney, Esquire.

PER CURIAM.

*Affirmed.*

LEVINE, FORST, JJ., and ARTAU, EDWARD L., Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***